IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LUCIOUS ALLEN DANIELS, JR., ET AL )
                                   )
v.                                 )          CV 213-92
                                   )
THE UNITED STATES OF AMERICA,      )
ET AL                              )

## ORDER

The Parties have notified the Court that the above captioned case has settled.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this

action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date of this order, the parties may present a dismissal

judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the

parties' settlement, so the Court may retain jurisdiction to enforce the agreement. If the

parties elect not to file a dismissal judgment as described above, the Court will dismiss the

case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82

(1994).

**SO ORDERED**, this 13 day of October, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA